JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRACY LEE DOTSON, | Case No. CV 15-6521-CAS(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DENIEL McELLER, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: June 30, 2016

_____
Christina A. Snyder
United States District Judge